UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANE DOE, K.D., ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE NO |
| ) | 1:25-cv-02028 |
| v. ) | |
| ) | |
| ATLANTA DREAM CENTER CHURCH ) | |
| INC.; ATLANTA DREAM CENTER ) | |
| CHURCH INC. d/b/a ATLANTA SCHOOL ) | |
| OF MINISTRY; ATLANTA DREAM ) | |
| CENTER, INC. a/k/a FRONTLINE ) | |
| RESPONSE INTERNATIONAL, INC.; ) | |
| ASSEMBLIES OF GOD; GEORGIA ) | |
| DISTRICT COUNCIL ASSEMBLIES ) | |
| OF GOD, INC.; MC FOUNDATION, ) | |
| INC., d/b/a MISSION MOVEMENT ) | |
| CORPS.; and JOHN DOES 1-50 ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT ATLANTA DREAM CENTER CHURCH, INC./ATLANTA DREAM CENTER CHURCH, INC. D/B/A ATLANTA SCHOOL OF MINISTRY'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**

COMES NOW, Defendant Atlanta Dream Center Church, Inc./Atlanta Dream Center Church, Inc. dba Atlanta School of Ministry ("Defendant"), upon which a copy of Plaintiff's Amended Complaint has been served, and files this Answer, and shows the Court as follows:

## FIRST DEFENSE

Plaintiff's claims are barred by the statute of limitations and, thus, must be dismissed.

## SECOND DEFENSE

The Complaint, and each cause of action set forth therein, is barred in whole or in part because the incidents alleged and all damages complained of, if any, were caused by the superseding and/or intervening acts of parties over whom Defendant had no right of control.

## THIRD DEFENSE

The Complaint, and each cause of action set forth therein, is barred in whole or in part because any damage, loss, or liability alleged by Plaintiff must be reduced, diminished, and/or barred in proportion to the wrongful or negligent conduct of persons or entities other than this Defendant, including third parties under the principles of proportionate responsibility, equitable allocation, recoupment, set-off, and/or comparative fault.

## FOURTH DEFENSE

The Complaint, and each cause of action set forth therein, is barred in whole or in part because Plaintiff failed to take reasonable steps to minimize her alleged damages.

**FIFTH DEFENSE**

The Complaint, and each cause of action set forth therein, fails to establish that Defendant acted with intentional and outrageous conduct, as required to justify the imposition of punitive damages under federal common law.

**SIXTH DEFENSE**

Defendant expressly reserves the right to amend this Answer to add, delete, or modify affirmative defenses based on legal theories, facts, and circumstances which may be developed through discovery or further legal analysis of Plaintiff's claims.

**SEVENTH DEFENSE**

Defendant pleads the defense of charitable immunity.

**EIGHTH DEFENSE**

Defendant requests a bifurcated trial as to liability and damages.

**NINTH DEFENSE**

Defendant specifically objects to and denies any human trafficking or forced labor operations. Defendant will respond specifically to each numbered allegation of Plaintiff's Complaint and specifically denies the allegations of Plaintiff's Complaint.

## TENTH DEFENSE

In response to the numbered allegations of the Plaintiff's Complaint, Defendant responds as follows:

**Defendant hereby incorporates all Answers and Defenses to Plaintiff's original Complaint.**

This 6th day of June 2025.

                    **SWIFT, CURRIE, McGHEE & HIERS, LLP**

                    By:    */s/ Pamela N. Lee*
                            Pamela Newsom Lee
                            Georgia State Bar No. 198981
                            Marc Hood
                            Georgia State Bar No. 490821
                            *Counsel for* Atlanta Dream Center Church, Inc./Atlanta Dream Center Church, Inc. dba Atlanta School of Ministry

1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-3231
Telephone: (404) 874-8800
pamela.lee@swiftcurrie.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing Entry of Appearance with the Clerk of Court via the CM/ECF system, which will send automatic notification to the following parties:

M. Brandon Smith
CHILDERS, SCHLUETER & SMITH, LLC
1932 N. Druid Hills Road, Suite 100
Atlanta, Georgia 30319
bsmith@cssfirm.com

This 6th day of June 2025.

**SWIFT, CURRIE, McGHEE & HIERS, LLP**

By: */s/ Pamela N. Lee*
Pamela Newsom Lee
Georgia State Bar No. 198981
Marc Hood
Georgia State Bar No. 490821
*Counsel for Defendant Atlanta Dream Center Church, Inc./Atlanta Dream Center Church, Inc. dba Atlanta School of Ministry*

1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-3231
Telephone: (404) 874-8800
pamela.lee@swiftcurrie.com
marc.hood@swiftcurrie.com

4926-3651-7195, v. 1