# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### (ATLANTA DIVISION)

| | | |
|---|---|---|
| JANE DOE K.D. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ATLANTA DREAM CENTER. | ) | |
| CHURCH INC.; ATLANTA DREAM | ) | CIVIL ACTION |
| CENTER. CHURCH INC. d/b/a | ) | |
| ATLANTA SCHOOL OF MINISTRY; | ) | FILE NO. 1:25-cv-02028-WMR |
| ATLANTA DREAM CENTER, INC. | ) | |
| a/k/a FRONTLINE RESPONSE | ) | |
| INTERNATIONAL, INC.; | ) | |
| ASSEMBLIES OF GOD; GEORGIA | ) | |
| DISTRICT COUNCIL ASSEMBLIES | ) | |
| OF GOD, INC.; MC FOUNDATION, | ) | |
| INC., d/b/a MISSION MOVEMENT | ) | |
| CORPS.; and JOHN DOES 1-50; | ) | |
| | | |
| Defendants. | | |

## DEFENSES AND ANSWER

COMES NOW, Defendant, MC FOUNDATION, INC., improperly named as

"M.C. Foundation, Inc. d/b/a Mission Movement Corps.," appearing specially and

without submitting to jurisdiction or venue of this Court and files this Defenses and

Answer to Plaintiff's Amended Complaint at Law and shows as follows:

## FIRST DEFENSE

The Plaintiff's Complaint fails to state a claim against this Defendant upon which relief can be granted.

## SECOND DEFENSE

There has been an insufficiency of process and an insufficiency of service of process in regard to the Plaintiff's Complaint and Summons upon this Defendant.

## THIRD DEFENSE

Jurisdiction is improper as to this Defendant.

## FOURTH DEFENSE

Venue is improper as to this Defendant.

## FIFTH DEFENSE

Plaintiff's claims against this Defendant are barred by the statute of limitations.

## SIXTH DEFENSE

Plaintiff's claim for punitive damages is in violation of this Defendant's right to due process guaranteed under the Fourteenth Amendment of the United States Constitution. More specifically, an excessive award of such damages will violate this Defendant's substantive and procedural due process rights. Further, elementary notions of fairness dictate notice of not only the conduct subjecting a person to

punishment but also the severity of that penalty. A grossly excessive award furthers no legitimate state interest and constitutes an arbitrary deprivation of property. See State Farm Mutual Auto Insurance Company v. Campbell, 538 U.S. 408 (2003). The application of punitive damages under Georgia's statute authorizing such an award is likewise a violation of this Defendant's aforementioned Constitutional rights where Plaintiff seeks to impose a penalty for any conduct harming or otherwise involving persons not before the court. See Philip Morris USA v. Williams, 127 S. Ct. 1057 (decided February 20, 2007). Any award of punitive damages would be limited to a 1-1 ratio of punitive damages in comparison to any compensatory damages. Exxon Shipping Company v. Grant Baker, 1128 S. Ct. 2605 (2008).

## SEVENTH DEFENSE

## ANSWER

Defendant responds to the allegations of Plaintiff's Complaint as follows:

### 1.

The Defendant denies the allegations set forth in paragraph 1 of Plaintiff's Complaint.

### 2.

The Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 2 of Plaintiff's Complaint.

3.

The Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 3 of Plaintiff's Complaint.

4.

The Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 4 of Plaintiff's Complaint.

5.

The Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 5 of Plaintiff's Complaint.

6.

The Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 6 of Plaintiff's Complaint.

7.

The Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 7 of Plaintiff's Complaint.

8.

The Defendant denies the allegations set forth in paragraph 8 of Plaintiff's Complaint.

9.

The Defendant denies the allegations set forth in paragraph 9 of Plaintiff's Complaint.

10.

The Defendant denies the allegations set forth in paragraph 10 of Plaintiff's Complaint.

11.

The Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 11 of Plaintiff's Complaint.

12.

The Defendant denies the allegations set forth in paragraph 12 of Plaintiff's Complaint.

13.

The Defendant denies the allegations set forth in paragraph 13 of Plaintiff's Complaint.

14.

The Defendant denies the allegations set forth in paragraph 14 of Plaintiff's Complaint.

15.

The Defendant denies the allegations set forth in paragraph 15 of Plaintiff's Complaint.

16.

The Defendant denies the allegations set forth in paragraph 16 of Plaintiff's Complaint.

17.

The Defendant denies the allegations set forth in paragraph 17 of Plaintiff's Complaint.

18.

The Defendant denies the allegations set forth in paragraph 18 of Plaintiff's Complaint.

19.

The Defendant denies the allegations set forth in paragraph 19 of Plaintiff's Complaint.

20.

The Defendant denies the allegations set forth in paragraph 20 of Plaintiff's Complaint.

21.

The Defendant denies the allegations set forth in paragraph 21 of Plaintiff's Complaint.

22.

The Defendant denies the allegations set forth in paragraph 22 of Plaintiff's Complaint.

23.

The Defendant denies the allegations set forth in paragraph 23 of Plaintiff's Complaint.

24.

The Defendant denies the allegations set forth in paragraph 24 of Plaintiff's Complaint.

25.

The Defendant denies the allegations set forth in paragraph 25 of Plaintiff's Complaint.

26.

The Defendant denies the allegations set forth in paragraph 26 of Plaintiff's Complaint.

27.

The Defendant denies the allegations set forth in paragraph 27 of Plaintiff's Complaint.

28.

The Defendant denies the allegations set forth in paragraph 28 of Plaintiff's Complaint.

29.

The Defendant denies the allegations set forth in paragraph 29 of Plaintiff's Complaint.

30.

The Defendant denies the allegations set forth in paragraph 30 of Plaintiff's Complaint.

31.

The Defendant denies the allegations set forth in paragraph 31 of Plaintiff's Complaint.

32.

The Defendant denies the allegations set forth in paragraph 32 of Plaintiff's Complaint.

33.

The Defendant denies the allegations set forth in paragraph 33 of Plaintiff's Complaint.

34.

The Defendant denies the allegations set forth in paragraph 34 of Plaintiff's Complaint.

35.

The Defendant denies the allegations set forth in paragraph 35 of Plaintiff's Complaint.

36.

The Defendant denies the allegations set forth in paragraph 36 of Plaintiff's Complaint.

37.

The Defendant denies the allegations set forth in paragraph 37 of Plaintiff's Complaint.

38.

The Defendant denies the allegations set forth in paragraph 38 of Plaintiff's Complaint.

39.

The Defendant denies the allegations set forth in paragraph 39 of Plaintiff's Complaint.

40.

The Defendant denies the allegations set forth in paragraph 40 of Plaintiff's Complaint.

41.

The Defendant denies the allegations set forth in paragraph 41 of Plaintiff's Complaint.

42.

The Defendant denies the allegations set forth in paragraph 42 of Plaintiff's Complaint.

43.

The Defendant denies the allegations set forth in paragraph 43 of Plaintiff's Complaint.

44.

The Defendant denies the allegations set forth in paragraph 44 of Plaintiff's Complaint.

45.

The Defendant denies the allegations set forth in paragraph 45 of Plaintiff's Complaint.

46.

The Defendant denies the allegations set forth in paragraph 46 of Plaintiff's Complaint.

47.

The Defendant denies the allegations set forth in paragraph 47 of Plaintiff's Complaint.

48.

The Defendant denies the allegations set forth in paragraph 48 of Plaintiff's Complaint.

49.

The Defendant denies the allegations set forth in paragraph 49 of Plaintiff's Complaint.

50.

The Defendant denies the allegations set forth in paragraph 50 of Plaintiff's Complaint.

51.

The Defendant denies the allegations set forth in paragraph 51 of Plaintiff's Complaint.

52.

The Defendant denies the allegations set forth in paragraph 52 of Plaintiff's Complaint.

53.

The Defendant denies the allegations set forth in paragraph 53 of Plaintiff's Complaint.

54.

The Defendant denies the allegations set forth in paragraph 54 of Plaintiff's Complaint.

55.

The Defendant denies the allegations set forth in paragraph 55 of Plaintiff's Complaint.

56.

The Defendant denies the allegations set forth in paragraph 56 of Plaintiff's Complaint.

57.

The Defendant denies the allegations set forth in paragraph 57 of Plaintiff's Complaint.

58.

The Defendant denies the allegations set forth in paragraph 58 of Plaintiff's Complaint.

59.

The Defendant denies the allegations set forth in paragraph 59 of Plaintiff's Complaint.

60.

The Defendant denies the allegations set forth in paragraph 60 of Plaintiff's Complaint.

61.

The Defendant denies the allegations set forth in paragraph 61 of Plaintiff's Complaint.

62.

The Defendant denies the allegations set forth in paragraph 62 of Plaintiff's Complaint.

63.

The Defendant denies the allegations set forth in paragraph 63 of Plaintiff's Complaint.

64.

The Defendant denies the allegations set forth in paragraph 64 of Plaintiff's Complaint.

65.

The Defendant denies the allegations set forth in paragraph 65 of Plaintiff's Complaint.

66.

The Defendant denies the allegations set forth in paragraph 66 of Plaintiff's Complaint.

67.

The Defendant denies the allegations set forth in paragraph 67 of Plaintiff's Complaint.

68.

The Defendant denies the allegations set forth in paragraph 68 of Plaintiff's Complaint.

69.

The Defendant denies the allegations set forth in paragraph 69 of Plaintiff's Complaint.

70.

The Defendant denies the allegations set forth in paragraph 70 of Plaintiff's Complaint.

71.

The Defendant denies the allegations set forth in paragraph 71 of Plaintiff's Complaint.

72.

The Defendant denies the allegations set forth in paragraph 72 of Plaintiff's Complaint.

73.

The Defendant denies the allegations set forth in paragraph 73 of Plaintiff's Complaint.

74.

The Defendant denies the allegations set forth in paragraph 74 of Plaintiff's Complaint.

75.

The Defendant denies the allegations set forth in paragraph 75 of Plaintiff's Complaint.

76.

The Defendant denies the allegations set forth in paragraph 76 of Plaintiff's Complaint.

77.

The Defendant denies the allegations set forth in paragraph 77 of Plaintiff's Complaint.

78.

The Defendant denies the allegations set forth in paragraph 78 of Plaintiff's Complaint.

79.

The Defendant denies the allegations set forth in paragraph 79 of Plaintiff's Complaint.

80.

The Defendant denies the allegations set forth in paragraph 80 of Plaintiff's Complaint.

81.

The Defendant denies the allegations set forth in paragraph 81 of Plaintiff's Complaint.

82.

The Defendant denies the allegations set forth in paragraph 82 of Plaintiff's Complaint.

83.

The Defendant denies the allegations set forth in paragraph 83 of Plaintiff's Complaint.

84.

The Defendant denies the allegations set forth in paragraph 84 of Plaintiff's Complaint.

85.

The Defendant denies the allegations set forth in paragraph 85 of Plaintiff's Complaint.

86.

The Defendant denies the allegations set forth in paragraph 86 of Plaintiff's Complaint.

87.

The Defendant denies the allegations set forth in paragraph 87 of Plaintiff's Complaint.

88.

The Defendant denies the allegations set forth in paragraph 88 of Plaintiff's Complaint.

89.

The Defendant denies the allegations set forth in paragraph 89 of Plaintiff's Complaint.

90.

The Defendant denies the allegations set forth in paragraph 90 of Plaintiff's Complaint.

91.

The Defendant denies the allegations set forth in paragraph 91 of Plaintiff's Complaint.

92.

The Defendant denies the allegations set forth in paragraph 92 of Plaintiff's Complaint.

93.

The Defendant denies the allegations set forth in paragraph 93 of Plaintiff's Complaint.

94.

The Defendant denies the allegations set forth in paragraph 94 of Plaintiff's Complaint.

95.

The Defendant denies the allegations set forth in paragraph 95 of Plaintiff's Complaint.

96.

The Defendant denies the allegations set forth in paragraph 96 of Plaintiff's Complaint.

97.

The Defendant denies the allegations set forth in paragraph 97 of Plaintiff's Complaint.

98.

The Defendant denies the allegations set forth in paragraph 98 of Plaintiff's Complaint.

99.

The Defendant denies the allegations set forth in paragraph 99 of Plaintiff's Complaint.

100.

The Defendant denies the allegations set forth in paragraph 100 of Plaintiff's Complaint.

101.

The Defendant denies the allegations set forth in paragraph 101 of Plaintiff's Complaint.

102.

The Defendant denies the allegations set forth in paragraph 102 of Plaintiff's Complaint.

103.

The Defendant denies the allegations set forth in paragraph 103 of Plaintiff's Complaint.

104.

The Defendant denies the allegations set forth in paragraph 104 of Plaintiff's Complaint.

105.

The Defendant denies the allegations set forth in paragraph 105 of Plaintiff's Complaint.

106.

The Defendant denies the allegations set forth in paragraph 106 of Plaintiff's Complaint.

107.

The Defendant denies the allegations set forth in paragraph 107 of Plaintiff's Complaint.

108.

The Defendant denies the allegations set forth in paragraph 108 of Plaintiff's Complaint.

109.

The Defendant denies the allegations set forth in paragraph 109 of Plaintiff's Complaint.

110.

The Defendant denies the allegations set forth in paragraph 110 of Plaintiff's Complaint.

111.

The Defendant denies the allegations set forth in paragraph 111 of Plaintiff's Complaint.

112.

The Defendant denies the allegations set forth in paragraph 112 of Plaintiff's Complaint.

113.

The Defendant denies the allegations set forth in paragraph 113 of Plaintiff's Complaint.

114.

The Defendant denies the allegations set forth in paragraph 114 of Plaintiff's Complaint.

115.

The Defendant denies the allegations set forth in paragraph 115 of Plaintiff's Complaint.

116.

The Defendant denies the allegations set forth in paragraph 116 of Plaintiff's Complaint.

117.

The Defendant denies the allegations set forth in paragraph 117 of Plaintiff's Complaint.

118.

The Defendant denies the allegations set forth in paragraph 118 of Plaintiff's Complaint.

119.

The Defendant denies the allegations set forth in paragraph 119 of Plaintiff's Complaint.

120.

The Defendant denies the allegations set forth in paragraph 120 of Plaintiff's Complaint.

121.

The Defendant denies the allegations set forth in paragraph 121 of Plaintiff's Complaint.

122.

The Defendant denies the allegations set forth in paragraph 122 of Plaintiff's Complaint.

123.

The Defendant denies the allegations set forth in paragraph 123 of Plaintiff's Complaint.

124.

The Defendant denies the allegations set forth in paragraph 124 of Plaintiff's Complaint.

125.

The Defendant denies the allegations set forth in paragraph 125 of Plaintiff's Complaint.

126.

The Defendant denies the allegations set forth in paragraph 126 of Plaintiff's Complaint.

127.

The Defendant denies the allegations set forth in paragraph 127 of Plaintiff's Complaint.

128.

The Defendant denies the allegations set forth in paragraph 128 of Plaintiff's Complaint.

129.

The Defendant denies the allegations set forth in paragraph 129 of Plaintiff's Complaint.

130.

The Defendant denies the allegations set forth in paragraph 130 of Plaintiff's Complaint.

131.

The Defendant denies the allegations set forth in paragraph 131 of Plaintiff's Complaint.

132.

The Defendant denies the allegations set forth in paragraph 132 of Plaintiff's Complaint.

133.

The Defendant denies the allegations set forth in paragraph 133 of Plaintiff's Complaint.

134.

The Defendant denies the allegations set forth in paragraph 134 of Plaintiff's Complaint.

135.

The Defendant denies the allegations set forth in paragraph 135 of Plaintiff's Complaint.

136.

The Defendant denies the allegations set forth in paragraph 136 of Plaintiff's Complaint.

137.

The Defendant denies the allegations set forth in paragraph 137 of Plaintiff's Complaint.

138.

The Defendant denies the allegations set forth in paragraph 138 of Plaintiff's Complaint.

139.

The Defendant denies the allegations set forth in paragraph 139 of Plaintiff's Complaint.

140.

The Defendant denies the allegations set forth in paragraph 140 of Plaintiff's Complaint.

141.

The Defendant denies the allegations set forth in paragraph 141 of Plaintiff's Complaint.

142.

The Defendant denies the allegations set forth in paragraph 142 of Plaintiff's Complaint.

143.

The Defendant denies the allegations set forth in paragraph 143 of Plaintiff's Complaint.

144.

The Defendant denies the allegations set forth in paragraph 144 of Plaintiff's Complaint.

145.

The Defendant denies the allegations set forth in paragraph 145 of Plaintiff's Complaint.

146.

The Defendant denies the allegations set forth in paragraph 146 of Plaintiff's Complaint.

147.

The Defendant denies the allegations set forth in paragraph 147 of Plaintiff's Complaint.

148.

The Defendant denies the allegations set forth in paragraph 148 of Plaintiff's Complaint.

149.

The Defendant denies the allegations set forth in paragraph 149 of Plaintiff's Complaint.

150.

The Defendant denies the allegations set forth in paragraph 150 of Plaintiff's Complaint.

151.

The Defendant denies the allegations set forth in paragraph 151 of Plaintiff's Complaint.

152.

The Defendant denies the allegations set forth in paragraph 152 of Plaintiff's Complaint.

153.

The Defendant denies the allegations set forth in paragraph 153 of Plaintiff's Complaint.

154.

The Defendant denies the allegations set forth in paragraph 154 of Plaintiff's Complaint.

155.

The Defendant denies the allegations set forth in paragraph 155 of Plaintiff's Complaint.

156.

The Defendant denies the allegations set forth in paragraph 156 of Plaintiff's Complaint.

157.

The Defendant denies the allegations set forth in paragraph 157 of Plaintiff's Complaint.

158.

The Defendant denies the allegations set forth in paragraph 158 of Plaintiff's Complaint.

159.

The Defendant denies the allegations set forth in paragraph 159 of Plaintiff's Complaint.

160.

The Defendant denies the allegations set forth in paragraph 160 of Plaintiff's Complaint.

161.

The Defendant denies the allegations set forth in paragraph 161 of Plaintiff's Complaint.

162.

The Defendant denies the allegations set forth in paragraph 162 of Plaintiff's Complaint.

163.

The Defendant denies the allegations set forth in paragraph 163 of Plaintiff's Complaint.

164.

The Defendant denies the allegations set forth in paragraph 164 of Plaintiff's Complaint.

165.

The Defendant denies the allegations set forth in paragraph 165 of Plaintiff's Complaint.

166.

The Defendant denies the allegations set forth in paragraph 166 of Plaintiff's Complaint.

167.

The Defendant denies the allegations set forth in paragraph 167 of Plaintiff's Complaint.

168.

The Defendant denies the allegations set forth in paragraph 168 of Plaintiff's Complaint.

169.

The Defendant denies the allegations set forth in paragraph 169 of Plaintiff's Complaint.

170.

The Defendant denies the allegations set forth in paragraph 170 of Plaintiff's Complaint.

171.

The Defendant denies the allegations set forth in paragraph 171 of Plaintiff's Complaint.

172.

The Defendant denies the allegations set forth in paragraph 172 of Plaintiff's Complaint.

173.

The Defendant denies the allegations set forth in paragraph 173 of Plaintiff's Complaint.

174.

The Defendant denies the allegations set forth in paragraph 174 of Plaintiff's Complaint.

175.

The Defendant denies the allegations set forth in paragraph 175 of Plaintiff's Complaint.

176.

The Defendant denies the allegations set forth in paragraph 176 of Plaintiff's Complaint.

177.

The Defendant denies the allegations set forth in paragraph 177 of Plaintiff's Complaint.

178.

The Defendant denies the allegations set forth in paragraph 178 of Plaintiff's Complaint.

179.

The Defendant denies the allegations set forth in paragraph 179 of Plaintiff's Complaint.

180.

The Defendant denies the allegations set forth in paragraph 180 of Plaintiff's Complaint.

181.

The Defendant denies the allegations set forth in paragraph 181 of Plaintiff's Complaint.

182.

The Defendant denies the allegations set forth in paragraph 182 of Plaintiff's Complaint.

183.

The Defendant denies the allegations set forth in paragraph 183 of Plaintiff's Complaint.

184.

The Defendant denies the allegations set forth in paragraph 184 of Plaintiff's Complaint.

185.

The Defendant denies the allegations set forth in paragraph 185 of Plaintiff's Complaint.

186.

The Defendant denies the allegations set forth in paragraph 186 of Plaintiff's Complaint.

187.

The Defendant denies the allegations set forth in paragraph 187 of Plaintiff's Complaint.

188.

The Defendant denies the allegations set forth in paragraph 188 of Plaintiff's Complaint.

189.

The Defendant denies the allegations set forth in paragraph 189 of Plaintiff's Complaint.

190.

The Defendant denies the allegations set forth in paragraph 190 of Plaintiff's Complaint.

191.

The Defendant denies the allegations set forth in paragraph 191 of Plaintiff's Complaint.

192.

The Defendant denies the allegations set forth in paragraph 192 of Plaintiff's Complaint.

193.

The Defendant denies the allegations set forth in paragraph 193 of Plaintiff's Complaint.

194.

The Defendant denies the allegations set forth in paragraph 194 of Plaintiff's Complaint.

195.

The Defendant denies the allegations set forth in paragraph 195 of Plaintiff's Complaint.

196.

The Defendant denies the allegations set forth in paragraph 196 of Plaintiff's Complaint.

197.

The Defendant denies the allegations set forth in paragraph 197 of Plaintiff's Complaint.

198.

The Defendant denies the allegations set forth in paragraph 198 of Plaintiff's Complaint.

199.

The Defendant denies the allegations set forth in paragraph 199 of Plaintiff's Complaint.

200.

The Defendant denies the allegations set forth in paragraph 200 of Plaintiff's Complaint.

201.

The Defendant denies the allegations set forth in paragraph 201 of Plaintiff's Complaint.

202.

The Defendant denies the allegations set forth in paragraph 202 of Plaintiff's Complaint.

203.

The Defendant denies the allegations set forth in paragraph 203 of Plaintiff's Complaint.

204.

The Defendant denies the allegations set forth in paragraph 204 of Plaintiff's Complaint.

205.

The Defendant denies the allegations set forth in paragraph 205 of Plaintiff's Complaint.

206.

The Defendant denies the allegations set forth in paragraph 206 of Plaintiff's Complaint.

207.

The Defendant denies the allegations set forth in paragraph 207 of Plaintiff's Complaint.

208.

The Defendant denies the allegations set forth in paragraph 208 of Plaintiff's Complaint.

209.

The Defendant denies the allegations set forth in paragraph 209 of Plaintiff's Complaint.

210.

The Defendant denies the allegations set forth in paragraph 210 of Plaintiff's Complaint.

211.

The Defendant denies the allegations set forth in paragraph 211 of Plaintiff's Complaint.

212.

The Defendant denies the allegations set forth in paragraph 212 of Plaintiff's Complaint.

213.

The Defendant denies the allegations set forth in paragraph 213 of Plaintiff's Complaint.

214.

The Defendant denies the allegations set forth in paragraph 214 of Plaintiff's Complaint.

215.

The Defendant denies the allegations set forth in paragraph 215 of Plaintiff's Complaint.

216.

The Defendant denies the allegations set forth in paragraph 216 of Plaintiff's Complaint.

217.

The Defendant denies the allegations set forth in paragraph 217 of Plaintiff's Complaint.

218.

The Defendant denies the allegations set forth in paragraph 218 of Plaintiff's Complaint.

219.

The Defendant denies the allegations set forth in paragraph 219 of Plaintiff's Complaint.

220.

The Defendant denies the allegations set forth in paragraph 220 of Plaintiff's Complaint.

221.

The Defendant denies the allegations set forth in paragraph 221 of Plaintiff's Complaint.

222.

The Defendant denies the allegations set forth in paragraph 222 of Plaintiff's Complaint.

223.

The Defendant denies the allegations set forth in paragraph 223 of Plaintiff's Complaint.

224.

The Defendant denies the allegations set forth in paragraph 224 of Plaintiff's Complaint.

225.

The Defendant denies the allegations set forth in paragraph 225 of Plaintiff's Complaint.

226.

The Defendant denies the allegations set forth in paragraph 226 of Plaintiff's Complaint.

227.

The Defendant denies the allegations set forth in paragraph 227 of Plaintiff's Complaint.

228.

The Defendant denies the allegations set forth in paragraph 228 of Plaintiff's Complaint.

229.

The Defendant denies the allegations set forth in paragraph 229 of Plaintiff's Complaint.

230.

The Defendant denies the allegations set forth in paragraph 230 of Plaintiff's Complaint.

231.

The Defendant denies the allegations set forth in paragraph 231 of Plaintiff's Complaint.

232.

The Defendant denies the allegations set forth in paragraph 232 of Plaintiff's Complaint.

233.

The Defendant denies the allegations set forth in paragraph 233 of Plaintiff's Complaint.

234.

The Defendant denies the allegations set forth in paragraph 234 of Plaintiff's Complaint.

235.

The Defendant denies the allegations set forth in paragraph 235 of Plaintiff's Complaint.

236.

The Defendant denies the allegations set forth in paragraph 236 of Plaintiff's Complaint.

237.

The Defendant denies the allegations set forth in paragraph 237 of Plaintiff's Complaint.

238.

The Defendant denies the allegations set forth in paragraph 238 of Plaintiff's Complaint.

239.

The Defendant denies the allegations set forth in paragraph 239 of Plaintiff's Complaint.

240.

The Defendant denies the allegations set forth in paragraph 240 of Plaintiff's Complaint.

241.

The Defendant denies the allegations set forth in paragraph 241 of Plaintiff's Complaint.

242.

The Defendant denies the allegations set forth in paragraph 242 of Plaintiff's Complaint.

243.

The Defendant denies the allegations set forth in paragraph 243 of Plaintiff's Complaint.

244.

The Defendant denies the allegations set forth in paragraph 244 of Plaintiff's Complaint.

245.

The Defendant denies the allegations set forth in paragraph 245 of Plaintiff's Complaint.

246.

The Defendant denies the allegations set forth in paragraph 246 of Plaintiff's Complaint.

247.

The Defendant denies the allegations set forth in paragraph 247 of Plaintiff's Complaint.

248.

The Defendant denies the allegations set forth in paragraph 248 of Plaintiff's Complaint.

249.

The Defendant denies the allegations set forth in paragraph 249 of Plaintiff's Complaint.

250.

The Defendant denies the allegations set forth in paragraph 250 of Plaintiff's Complaint.

251.

The Defendant denies the allegations set forth in paragraph 251 of Plaintiff's Complaint.

252.

The Defendant denies the allegations set forth in paragraph 252 of Plaintiff's Complaint.

253.

The Defendant denies the allegations set forth in paragraph 253 of Plaintiff's Complaint.

254.

The Defendant denies the allegations set forth in paragraph 254 of Plaintiff's Complaint.

255.

The Defendant denies the allegations set forth in paragraph 255 of Plaintiff's Complaint.

256.

The Defendant denies the allegations set forth in paragraph 256 of Plaintiff's Complaint.

257.

The Defendant denies the allegations set forth in paragraph 257 of Plaintiff's Complaint.

258.

The Defendant denies the allegations set forth in paragraph 258 of Plaintiff's Complaint.

259.

The Defendant denies the allegations set forth in paragraph 259 of Plaintiff's Complaint.

260.

The Defendant denies the allegations set forth in paragraph 260 of Plaintiff's Complaint.

261.

The Defendant denies the allegations set forth in paragraph 261 of Plaintiff's Complaint.

262.

The Defendant denies the allegations set forth in paragraph 262 of Plaintiff's Complaint.

263.

The Defendant denies the allegations set forth in paragraph 263 of Plaintiff's Complaint.

264.

The Defendant denies the allegations set forth in paragraph 264 of Plaintiff's Complaint.

265.

The Defendant denies the allegations set forth in paragraph 265 of Plaintiff's Complaint.

266.

The Defendant denies the allegations set forth in paragraph 266 of Plaintiff's Complaint.

267.

The Defendant denies the allegations set forth in paragraph 267 of Plaintiff's Complaint.

268.

The Defendant denies the allegations set forth in paragraph 268 of Plaintiff's Complaint.

269.

The Defendant denies the allegations set forth in paragraph 269 of Plaintiff's Complaint.

270.

The Defendant denies the allegations set forth in paragraph 270 of Plaintiff's Complaint.

271.

The Defendant denies the allegations set forth in paragraph 271 of Plaintiff's Complaint.

272.

The Defendant denies the allegations set forth in paragraph 272 of Plaintiff's Complaint.

273.

The Defendant denies the allegations set forth in paragraph 273 of Plaintiff's Complaint.

274.

The Defendant denies the allegations set forth in paragraph 274 of Plaintiff's Complaint.

275.

The Defendant denies the allegations set forth in paragraph 275 of Plaintiff's Complaint.

276.

The Defendant denies the allegations set forth in paragraph 276 of Plaintiff's Complaint.

277.

The Defendant denies the allegations set forth in paragraph 277 of Plaintiff's Complaint.

278.

The Defendant denies the allegations set forth in paragraph 278 of Plaintiff's Complaint.

279.

The Defendant denies the allegations set forth in paragraph 279 of Plaintiff's Complaint.

280.

The Defendant denies the allegations set forth in paragraph 280 of Plaintiff's Complaint.

281.

The Defendant denies the allegations set forth in paragraph 281 of Plaintiff's Complaint.

282.

The Defendant denies the allegations set forth in paragraph 282 of Plaintiff's Complaint.

283.

The Defendant denies the allegations set forth in paragraph 283 of Plaintiff's Complaint.

284.

The Defendant denies the allegations set forth in paragraph 284 of Plaintiff's Complaint.

285.

The Defendant denies the allegations set forth in paragraph 285 of Plaintiff's Complaint.

286.

The Defendant expressly incorporates is response to the preceding paragraphs of Plaintiff's Complaint as is restated in full herein.

287.

The Defendant denies the allegations set forth in paragraph 287 of Plaintiff's Complaint.

288.

The Defendant denies the allegations set forth in paragraph 288 of Plaintiff's Complaint.

289.

The Defendant denies the allegations set forth in paragraph 289 of Plaintiff's Complaint.

290.

The Defendant denies the allegations set forth in paragraph 290 of Plaintiff's Complaint.

291.

The Defendant denies the allegations set forth in paragraph 291 of Plaintiff's Complaint.

292.

The Defendant denies the allegations set forth in paragraph 292 of Plaintiff's Complaint.

293.

The Defendant denies the allegations set forth in paragraph 293 of Plaintiff's Complaint.

294.

The Defendant denies the allegations set forth in paragraph 294 of Plaintiff's Complaint.

295.

The Defendant denies the allegations set forth in paragraph 295 of Plaintiff's Complaint.

296.

The Defendant expressly incorporates is response to the preceding paragraphs of Plaintiff's Complaint as is restated in full herein.

297.

The Defendant denies the allegations set forth in paragraph 297 of Plaintiff's Complaint.

298.

The Defendant denies the allegations set forth in paragraph 298 of Plaintiff's Complaint.

299.

The Defendant denies the allegations set forth in paragraph 299 of Plaintiff's Complaint.

300.

The Defendant denies the allegations set forth in paragraph 300 of Plaintiff's Complaint.

301.

The Defendant denies the allegations set forth in paragraph 301 of Plaintiff's Complaint.

302.

The Defendant denies the allegations set forth in paragraph 302 of Plaintiff's Complaint.

303.

The Defendant denies the allegations set forth in paragraph 303 of Plaintiff's Complaint.

304.

The Defendant denies the allegations set forth in paragraph 304 of Plaintiff's Complaint.

305.

The Defendant expressly incorporates is response to the preceding paragraphs of Plaintiff's Complaint as is restated in full herein.

306.

The Defendant denies the allegations set forth in paragraph 306 of Plaintiff's Complaint.

307.

The Defendant denies the allegations set forth in paragraph 307 of Plaintiff's Complaint.

308.

The Defendant denies the allegations set forth in paragraph 308 of Plaintiff's Complaint.

309.

The Defendant denies the allegations set forth in paragraph 309 of Plaintiff's Complaint.

310.

The Defendant denies the allegations set forth in paragraph 310 of Plaintiff's Complaint.

311.

The Defendant denies the allegations set forth in paragraph 311 of Plaintiff's Complaint.

312.

The Defendant denies the allegations set forth in paragraph 312 of Plaintiff's Complaint.

313.

The Defendant denies the allegations set forth in paragraph 313 of Plaintiff's Complaint.

314.

The Defendant denies the allegations set forth in paragraph 314 of Plaintiff's Complaint.

315.

The Defendant denies the allegations set forth in paragraph 315 of Plaintiff's Complaint.

316.

The Defendant denies the allegations set forth in paragraph 316 of Plaintiff's Complaint.

317.

The Defendant denies the allegations set forth in paragraph 317 of Plaintiff's Complaint.

318.

The Defendant denies the allegations set forth in paragraph 318 of Plaintiff's Complaint.

319.

The Defendant expressly incorporates is response to the preceding paragraphs of Plaintiff's Complaint as is restated in full herein.

320.

The Defendant denies the allegations set forth in paragraph 320 of Plaintiff's Complaint.

321.

The Defendant denies the allegations set forth in paragraph 321 of Plaintiff's Complaint.

322.

The Defendant denies the allegations set forth in paragraph 322 of Plaintiff's Complaint.

323.

The Defendant denies the allegations set forth in paragraph 323 of Plaintiff's Complaint.

324.

The Defendant denies the allegations set forth in paragraph 324 of Plaintiff's Complaint.

325.

The Defendant denies the allegations set forth in paragraph 325 of Plaintiff's Complaint.

## 326.

The Defendant denies the allegations set forth in paragraph 326 of Plaintiff's Complaint.

## 327.

The Defendant denies the allegations set forth in paragraph 327 of Plaintiff's Complaint.

## 328.

The Defendant denies the allegations set forth in paragraph 328 of Plaintiff's Complaint.

## 329.

The Defendant expressly incorporates is response to the preceding paragraphs of Plaintiff's Complaint as is restated in full herein.

## 330.

The Defendant denies the allegations set forth in paragraph 330 of Plaintiff's Complaint.

## 331.

The Defendant denies the allegations set forth in paragraph 331 of Plaintiff's Complaint.

332.

The Defendant denies the allegations set forth in paragraph 332 of Plaintiff's Complaint.

333.

The Defendant denies the allegations set forth in paragraph 333 of Plaintiff's Complaint.

334.

The Defendant denies the allegations set forth in paragraph 334 of Plaintiff's Complaint.

335.

The Defendant denies the allegations set forth in paragraph 335 of Plaintiff's Complaint.

336.

The Defendant denies the allegations set forth in paragraph 336 of Plaintiff's Complaint.

337.

The Defendant denies the allegations set forth in paragraph 337 of Plaintiff's Complaint.

338.

The Defendant denies the allegations set forth in paragraph 338 of Plaintiff's Complaint.

339.

The Defendant denies the allegations set forth in paragraph 339 of Plaintiff's Complaint.

340.

The Defendant denies the allegations set forth in paragraph 340 of Plaintiff's Complaint.

341.

The Defendant denies the allegations set forth in paragraph 341 of Plaintiff's Complaint.

342.

The Defendant denies the allegations set forth in paragraph 342 of Plaintiff's Complaint.

343.

The Defendant denies the allegations set forth in paragraph 343 of Plaintiff's Complaint.

344.

The Defendant denies the allegations set forth in paragraph 344 of Plaintiff's Complaint.

345.

The Defendant denies the allegations set forth in paragraph 345 of Plaintiff's Complaint.

346.

The Defendant denies the allegations set forth in paragraph 346 of Plaintiff's Complaint.

347.

The Defendant denies the allegations set forth in paragraph 347 of Plaintiff's Complaint.

348.

The Defendant denies the allegations set forth in paragraph 348 of Plaintiff's Complaint.

349.

The Defendant denies the allegations set forth in paragraph 349 of Plaintiff's Complaint.

350.

The Defendant denies the allegations set forth in paragraph 350 of Plaintiff's Complaint.

351.

The Defendant denies the allegations set forth in paragraph 351 of Plaintiff's Complaint.

352.

The Defendant denies the allegations set forth in paragraph 352 of Plaintiff's Complaint.

353.

The Defendant denies the allegations set forth in paragraph 353 of Plaintiff's Complaint.

354.

The Defendant denies the allegations set forth in paragraph 354 of Plaintiff's Complaint.

355.

The Defendant denies the allegations set forth in paragraph 355 of Plaintiff's Complaint.

356.

The Defendant expressly incorporates is response to the preceding paragraphs of Plaintiff's Complaint as is restated in full herein.

357.

The Defendant denies the allegations set forth in paragraph 357 of Plaintiff's Complaint.

358.

The Defendant denies the allegations set forth in paragraph 358 of Plaintiff's Complaint.

359.

The Defendant denies the allegations set forth in paragraph 359 of Plaintiff's Complaint.

360.

The Defendant denies the allegations set forth in paragraph 360 of Plaintiff's Complaint.

361.

The Defendant denies the allegations set forth in paragraph 361 of Plaintiff's Complaint.

362.

The Defendant denies the allegations set forth in paragraph 362 of Plaintiff's Complaint.

363.

The Defendant denies the allegations set forth in paragraph 363 of Plaintiff's Complaint.

364.

The Defendant denies the allegations set forth in paragraph 364 of Plaintiff's Complaint.

365.

The Defendant denies the allegations set forth in paragraph 365 of Plaintiff's Complaint.

366.

The Defendant denies the allegations set forth in paragraph 366 of Plaintiff's Complaint.

367.

The Defendant denies the allegations set forth in paragraph 367 of Plaintiff's Complaint.

368.

The Defendant denies the allegations set forth in paragraph 368 of Plaintiff's Complaint.

369.

The Defendant denies the allegations set forth in paragraph 369 of Plaintiff's Complaint.

370.

The Defendant expressly incorporates is response to the preceding paragraphs of Plaintiff's Complaint as is restated in full herein.

371.

The Defendant denies the allegations set forth in paragraph 371 of Plaintiff's Complaint.

372.

The Defendant denies the allegations set forth in paragraph 372 of Plaintiff's Complaint.

373.

The Defendant denies the allegations set forth in paragraph 373 of Plaintiff's Complaint.

374.

The Defendant denies the allegations set forth in paragraph 374 of Plaintiff's Complaint.

375.

The Defendant denies the allegations set forth in paragraph 375 of Plaintiff's Complaint.

376.

The Defendant denies the allegations set forth in paragraph 376 of Plaintiff's Complaint.

377.

The Defendant denies the allegations set forth in paragraph 377 of Plaintiff's Complaint.

378.

The Defendant denies the allegations set forth in paragraph 378 of Plaintiff's Complaint.

379.

The Defendant denies the allegations set forth in paragraph 379 of Plaintiff's Complaint.

380.

The Defendant denies the allegations set forth in paragraph 380 of Plaintiff's Complaint.

381.

The Defendant denies the allegations set forth in paragraph 381 of Plaintiff's Complaint.

382.

The Defendant denies the allegations set forth in paragraph 382 of Plaintiff's Complaint.

383.

The Defendant denies the allegations set forth in paragraph 383 of Plaintiff's Complaint.

384.

The Defendant denies the allegations set forth in paragraph 384 of Plaintiff's Complaint.

385.

The Defendant denies the allegations set forth in paragraph 385 of Plaintiff's Complaint.

## **EIGHTH DEFENSE**

Defendant denies each and every averment contained in the paragraph beginning with the word "WHEREFORE" in the Plaintiff's Amended Complaint at Law. Any allegations or averments contained in Plaintiff's Amended Complaint at Law not specifically responded to above are hereby denied.

WHEREFORE, Defendant, MC FOUNDATION, INC., improperly named as "M.C. Foundation, Inc. d/b/a Mission Movement Corps.," having fully answered, demands that it be discharged with all costs cast upon the Plaintiff.

Respectfully submitted,

**DOWNEY & CLEVELAND, LLP**

By: /s/ Sean L. Hynes
      Sean L. Hynes
      Georgia State Bar No. 381698
      hynes@downeycleveland.com
      Attorneys for Defendant

Downey & Cleveland, LLP
288 Washington Avenue
Marietta, GA 30060-1979
T: 770-422-3233
F: 770-423-4199

**STORY LAW LLC**

By:   */s/* William R. Story
WILLIAM R. STORY
GA Bar No. 340477
will@storylawllc.com

305 Lawrence Street NE
Suite 3C
Marietta, GA 30060
will@storylawllc.com
Phone: 678-222-2347

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.l(C) and 7. l(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

Respectfully submitted,

**DOWNEY & CLEVELAND, LLP**

By:   /s/ Sean L. Hynes
      SEAN L. HYNES
      Georgia State Bar No. 381698
      hynes@downeycleveland.com
      Attorneys for Defendant

Downey & Cleveland, LLP
288 Washington Avenue
Marietta, GA 30060-1979
T: 770-422-3233

**STORY LAW LLC**

By:   /s/ William R. Story
      WILLIAM R. STORY
      GA Bar No. 340477
      will@storylawllc.com

305 Lawrence Street NE
Suite 3C
Marietta, GA 30060
will@storylawllc.com
Phone: 678-222-2347

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served the following counsel of record with a true and correct copy of the foregoing pleading via by STATUTORY ELECTRONIC SERVICE and properly addressed to the following:

M. Brandon Smith, Esq.
Charles Andrew Childers
Childers, Schlueter & Smith, LLC
1932 N. Druid Hills Rd, Suite 100
Atlanta, Georgia 30319

Kimberly Dougherty, Esq., (pro hac vice filed)
Laura Yaeger, Esq. (pro hac vice filed)
Keith Smith, Esq. (pro hac vice filed)
Justice Law Collaborative, LLC
210 Washington St.
North Easton, MA 02356

Collin D. Hatcher
King Yaklin & Wilkins, LLP
192 Anderson Street, Suite 125
Marietta, GA 30060

Pamela Newsom Lee
Swift Currie McGhee & Hiers
1420 Peachtree Street, NE, Suite 800
Atlanta, GA 30309

John Sikes Gibbs , III
Troutman Pepper Locke LLP
600 Peachtree Street, N.E., Suite 3000
Atlanta, GA 30308-2216

John C. Sullivan
SL Law PLLC
610 Uptown Blvd., Suite 2000
Cedar Hill, TX 75104

Edward Bedard
Robbins Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, GA 30318

Miles Christian Skedsvold
Robbins Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, GA 30318

David V Hayes
Bendin, Sumrall & Ladner, LLC
One Midtown Plaza, Suite 800
1360 Peachtree St., NE
Atlanta, GA 30309

Julianna Marie Hightower
Bendin, Sumrall, & Ladner LLC
1360 Peachtree St. NE, Suite 800
Atlanta, GA 30309

This 9th day of June, 2025.

**DOWNEY & CLEVELAND, LLP**

By:   /s/ Sean L. Hynes
  Sean L. Hynes
  Georgia State Bar No. 381698


**STORY LAW LLC**

By:   */s/* William R. Story
  WILLIAM R. STORY
  GA Bar No. 340477
  will@storylawllc.com