**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JANE DOE K.D.,<br><br>Plaintiff,<br><br>v.<br><br>ATLANTA DREAM CENTER CHURCH INC.; ATLANTA DREAM CENTER CHURCH INC. d/b/a ATLANTA SCHOOL MINISTRY; ATLANTA DREAM CENTER, INC., a/k/a FRONTLINE RESPONSE INTERNATIONAL, INC.; ASSEMBLIES OF GOD; GEORGIA DISTRICT COUNCIL ASSEMBLIES OF GOD, INC.; MC FOUNDATION, INC., d/b/a MISSION MOVEMENT CORPS; and JOHN DOES 1–50,<br><br>Defendants. | CIVIL ACTION FILE NO.:<br><br>1:25-cv-02028-WMR |

**DEFENDANT GENERAL COUNCIL OF THE ASSEMBLIES OF GOD'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendant General Council of the Assemblies of God (incorrectly identified by the Plaintiff as "Assemblies of God" in the style of the case and on the docket), by and through undersigned counsel, files this Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3:

1. **A complete list of the parties and corporate disclosure statement:**

The undersigned counsel of record for The General Council of the Assemblies of God certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action:

Atlanta Dream Center Church Inc.; Atlanta Dream Center Church Inc. d/b/a Atlanta School of Ministry; Atlanta Dream Center, Inc. a/k/a Frontline Response International, Inc.; "Assemblies of God" (should have been listed as The General Council of the Assemblies of God); Georgia District Council Assemblies of God, Inc.; MC Foundation, Inc. d/b/a Mission Movement Corps; John Does 1–50.

There is no parent corporation for the General Council of the Assemblies of God and no publicly held corporation that owns 10% or more of the stock of The General Council of the Assemblies of God since it is a non-profit Missouri corporation with no stock.

2. **Other persons, associations, firms, partnerships, or corporations having an interest that could be substantially affected by the outcome of the case:**

None known at this time.

3. **Each person serving as an attorney in this case:**

Charles A. Childers, Keith Smith, Kimberly A. Dougherty, Laura Yaeger, M. Brandon Smith (Attorneys for Plaintiff); Collin D. Hatcher (Attorney for Atlanta

Dream Center Church Inc.); Pamela Newson Lee (Attorney for Atlanta Dream Center Church Inc. d/b/a Atlanta School of Ministry); John Sikes Gibbs, III (Attorney for Atlanta Dream Center Church Inc. d/b/a Frontline Response International, Inc.); John C. Sullivan, Edward Bedard, Miles Christian Skedsvold (Attorneys for "Assemblies of God"); David V. Hayes, Julianna Marie Hightower (Attorneys for Georgia District Council of Assemblies of God, Inc.); Sean L. Hynes, William Richard Story (Attorneys for MC Foundation, Inc.).

June 12, 2025

Respectfully submitted.

*/s/ Edward A. Bedard*
Edward A. Bedard
Georgia Bar No. 926148
ebedard@robbinsfirm.com
Miles Skedsvold
Georgia Bar No. 371576
mskedsvold@robbinsfirm.com
ROBBINS ALLOY BELINFANTE
LITTLEFIELD LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (404) 856-3263
Facsimile: (404) 856-3255

*/s/ John C. Sullivan*
John C. Sullivan*
S|L LAW PLLC
john.sullivan@slfirm.com
610 Uptown Boulevard, Suite 2000
Cedar Hill, Tx. 75104
Telephone: (469) 523-1351
Facsimile (469) 613-0891

* *admitted pro hac vice*

*Counsel for Defendant General Council of the Assemblies of God*

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I have served the foregoing **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF e-filing system, which will automatically send an email notification of such filing to counsel for the parties.

This 12th day of June, 2025.

*/s/ John C. Sullivan*
John C. Sullivan