# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JANE DOE K.D., <br><br> Plaintiff, <br><br> v. <br><br> ATLANTA DREAM CENTER CHURCH INC.; ATLANTA DREAM CENTER CHURCH INC. d/b/a ATLANTA SCHOOL MINISTRY; ATLANTA DREAM CENTER, INC., a/k/a FRONTLINE RESPONSE INTERNATIONAL, INC.; ASSEMBLIES OF GOD; GEORGIA DISTRICT COUNCIL ASSEMBLIES OF GOD, INC.; MC FOUNDATION, INC., d/b/a MISSION MOVEMENT CORPS; and JOHN DOES 1–50, <br><br> Defendants. | CIVIL ACTION FILE NO.: <br><br> 1:25-cv-02028-WMR |

**STIPULATED NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT ATLANTA DREAM CENTER, INC. a/k/a FRONTLINE RESPONSE INTERNATIONAL, INC.**

Plaintiff Jane Doe K.D. ("Plaintiff"), by and through her undersigned counsel, and pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), hereby serves written notice of the dismissal of all claims against Defendant Atlanta Dream Center, Inc. a/k/a Frontline Response International, Inc., without prejudice to the refiling thereof, with the respective parties each bearing their own attorneys' fees and costs. Defendant Atlanta Dream Center, Inc. a/k/a Frontline Response International, Inc. stipulates to

this dismissal. This notice of dismissal applies only to Defendant Atlanta Dream Center, Inc. a/k/a Frontline Response International, Inc. This notice of dismissal does not apply to Plaintiff's claims against the other defendants.

Respectfully submitted this 18th day of June 2025.

<u>**/s/: M. Brandon Smith**</u>
M. Brandon Smith
Georgia Bar No. 141418
C. Andrew Childers
Georgia Bar No. 124398
CHILDERS, SCHLUETER & SMITH, LLC
1932 N. Druid Hills Road, Suite 100
Atlanta, Georgia 30319
(404) 419-9500
(404) 419-9501 (Fax)
bsmith@cssfirm.com
achilders@cssfirm.com

Kimberly Dougherty, Esq. (admitted *pro hac vice*)
Laura Yaeger, Esq. (admitted *pro hac vice*)
Keith Smith, Esq. (admitted *pro hac vice*)
Justice Law Collaborative, LLC
210 Washington St.
North Easton, MA 02356
(508) 230-2700
kim@justicelc.com
laura@justicelc.com
keith@justicelc.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this day I have served the foregoing **STIPULATED NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT ATLANTA DREAM CENTER, INC. a/k/a FRONTLINE RESPONSE INTERNATIONAL, INC.** with the Clerk of the Court using the CM/ECF e-filing system, which will automatically send an email notification of such filing to counsel for the parties.

This 18th day of June, 2025.

**/s/: M. Brandon Smith**
M. Brandon Smith

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

**/s/: M. Brandon Smith**
M. Brandon Smith