# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:25-cv-02028-WMR
### Doe K.D. v. Atlanta Dream Center Church Inc. et al
### Honorable William M. Ray, II

Minute Sheet for proceedings held In Open Court on 11/13/2025.

TIME COURT COMMENCED: 11:30 A.M.
TIME COURT CONCLUDED: 1:00 P.M.          COURT REPORTER: Geraldine Glover
TIME IN COURT: 1:30                                DEPUTY CLERK: Sherri Lundy
OFFICE LOCATION: Atlanta

ATTORNEY(S)
PRESENT:
John Sullivan and Miles Skedsvold representing Assemblies of God
Keith Smith, Kimberly Dougherty and Brandon Smith representing Jane Doe K.D.
David Hayes and Julianna Hightower representing Georgia District Council Assemblies of God, Inc.

PROCEEDING
CATEGORY:
Motion Hearing(Motion Hearing Non-evidentiary);

MINUTE
TEXT:
Court heard argument on the Motions to Dismiss. Court will allow 60 additional days from today for plaintiff to engage in jurisdictional discovery (1) to determine if there is any evidence that Palmer acted as the agent of either the General Council or the Georgia District Council; and (2) to investigate reports made to the General Council or the Georgia District Council about Palmers alleged conduct.

HEARING STATUS:      Hearing Concluded